**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 94-7481**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STACEY LAMAR MARSH,

Defendant - Appellant.

---

**No. 98-6408**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STACEY LAMAR MARSH,

Defendant - Appellant.

---

Appeals from the United States District Court for the Southern District of West Virginia, at Huntington. Charles H. Haden II, Chief District Judge. (CR-91-114, CA-94-399-3)

---

Submitted: September 30, 1998     Decided: October 22, 1998

---

Before MOTZ, Circuit Judge, and HALL and PHILLIPS, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stacey Lamar Marsh, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Marsh, Nos. CR-91-114; CA-94-399-3 (S.D.W. Va. Nov. 2, 1994, and Feb. 5, 1998). See Lindh v. Murphy, 521 U.S. 320 (1997). Further, we deny as moot Appellant's motions to amend or supplement his § 2255 motion, to place appeal in abeyance, and for other general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3